

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00401-CV

Jacaranda **SANDERS**,
Appellant

v.

Kathleen Cassidy **GOODMAN**, Kathleen Cassidy Goodman, P.L.L.C., Jonathan Yedor,
Jonathan Yedor, P.C., Gina DeGennaro, Gina DeGennaro, P.C., Chris Heinrichs,
Chris Heinrichs, P.C., Richard Ihfe, Ihfe & Associates, P.C., Heinrichs & DeGennaro, P.C.,
Appellees

From Probate Court No. 2, Bexar County, Texas
Trial Court No. 2016PC2068
Honorable Veronica Vasquez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: November 17, 2021

DISMISSED

Appellant has filed a motion to dismiss this appeal. Appellees have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant.

PER CURIAM